# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARTA BAUER, AN INDIVIDUAL,
Appellant,
vs.
FRANK H. BAUER, AN INDIVIDUAL,
Respondent.

No. 77499

FILED

JAN 1 6 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal. Eighth Judicial District Court, Clark County; Joanna Kishner, Judge.

On July 23, 2019, this court entered an order dismissing this appeal in part and directing appellant to file and serve, by October 21, 2019, either (1) an opening brief in compliance with NRAP 28 and 32 or (2) an informal brief for pro se parties on the form provided by the clerk of this court.[1] The order cautioned that failure to comply could result in the imposition of sanctions, including the dismissal of this appeal. NRAP 31(d). Appellant did not comply or otherwise communicate with this court. Accordingly, on November 12, 2019, this court entered an order directing appellant to file and serve, by November 26, 2019, either (1) an opening brief in compliance with NRAP 28 and 32 or (2) an informal brief for pro se parties on the form provided by the clerk of this court.[2] The order cautioned that failure to comply could result in the dismissal of this appeal as abandoned.

---

[1]A copy of this order is attached.

[2]A copy of this order is attached.

SUPREME COURT
OF
NEVADA

(O) 1947A

20-02140

To date, appellant has failed to file an opening brief or an informal brief or otherwise communicate with this court. Accordingly, it appears that appellant has abandoned this appeal, and this court ORDERS this appeal DISMISSED.

_____, J.
Gibbons

_____, J.          _____, J.
Stiglich                                              Silver

cc:   Hon. Joanna Kishner, District Judge
      Eleissa C. Lavelle, Settlement Judge
      Marta Bauer
      Malcolm P LaVergne & Associates
      Eighth District Court Clerk

# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| MARTA BAUER, AN INDIVIDUAL,<br>Appellant,<br>vs.<br>FRANK H. BAUER, AN INDIVIDUAL,<br>Respondent. | No. 77499 |

**FILED**

JUL 2 3 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER PARTIALLY DISMISSING APPEAL*

Cause appearing, Frank H. Bauer's motion for a voluntary dismissal of his appeal is granted. The appeal of Frank H. Bauer is dismissed. NRAP 42(b). The clerk shall modify the caption of this appeal consistent with the caption on this order.

Marta Bauer shall have 14 days from the date of this order to file and serve a transcript request form in compliance with NRAP 9(a) and (b). If no transcripts will be requested, Marta shall file and serve a certificate to that effect within the same time period. *Id.* Marta shall have 90 days from the date of this order to file and serve either (1) an opening brief in compliance with NRAP 28 and 32, or (2) an informal brief for pro se parties on the form provided by the clerk of this court. Failure to timely file an informal brief or an opening brief may result in the imposition of sanctions, including the dismissal of this appeal. NRAP 31(d).

It is so ORDERED.

_____, C.J.

19-30940

cc: Hon. Joanna Kishner, District Judge
Eleissa C. Lavelle, Settlement Judge
Malcolm P LaVergne & Associates
Marta Bauer
Eighth District Court Clerk

Supreme Court
of
Nevada

(O) 1947A

2

# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARTA BAUER, AN INDIVIDUAL,
Appellant,

vs.

FRANK H. BAUER, AN INDIVIDUAL,
Respondent.

No. 77499

**FILED**

NOV 12 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER

On July 23, 2019, this court entered an order directing appellant, among other things, to file and serve the either (1) an opening brief in compliance with NRAP 28 and 32, or (2) an informal brief for pro se parties on the form provided by the clerk of this court by October 21, 2019. To date, appellant has failed to comply with the order or otherwise communicate with this court.

Appellant Marta Bauer shall have 14 days from the date of this order to file and serve the either (1) an opening brief in compliance with NRAP 28 and 32, or (2) an informal brief for pro se parties on the form provided by the clerk of this court. Failure to comply with this order may result in the dismissal of this appeal as abandoned.

It is so ORDERED.

_____, C.J.

cc: Malcolm P LaVergne & Associates
Marta Bauer

19-46182